# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

HARRYO BEVANS,
DWAIN BUTLER,
CHADWIN CURRY, and
MARK PYFORM,

Defendants.

**CRIMINAL COMPLAINT**

Case No. 11-8330-LRJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 23, 2011, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant(s), (Track Statutory Language of Offense)

did knowingly and intentionally attempt to import into the United States, from a place outside thereof, a controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 952(a), all

in violation of Title 21 United States Code, Section(s) 963.

I further state that I am a(n) Special Agent with the United States Department of Homeland Security
Official Title
and that this complaint is based on the following facts:

(Please see attached affidavit.)

Continued on the attached and made a part hereof: [x] Yes [ ] No

_____
Signature of Complainant
Special Agent Hector J. Delgado
United States Department of Homeland Security
Homeland Security Investigations

Sworn to before me, and subscribed in my presence,
upon my finding of probable cause.

8/25/11                    at    West Palm Beach, Florida
Date                              City and State

UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer          Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF ARRESTS**

I, Hector J. Delgado, being duly sworn do solemnly swear and depose that:

**Introduction**

1. I, Hector J. Delgado, am a Special Agent for the United States Department of Homeland Security, Homeland Security Investigations (HSI), and have served in that position for approximately nine years and six months. Prior to becoming a Special Agent for Homeland Security Investigations, I was employed as a Deputy U.S. Marshal. My duties with U.S. Marshals Service were to apprehend Federal fugitives, protect witnesses in the witness security program, conduct threat assessments on Judges and federal courthouses and conduct Judicial Protection details.

2. As a Special Agent with United States Homeland Security Investigations (HSI), my duties and responsibilities include conducting criminal investigations regarding violations of federal laws, particularly those laws as found in Titles 8, 18, 19, and 21 of the United States Code. After being hired as a Special Agent in 2002, I received training at the United States Customs Basic Enforcement School. I was trained in the legal principles and statutes concerning criminal, civil, and administrative violations of the United States Code as enumerated in Titles 8,18,19,21,31, and 46. I have obtained experience from numerous investigations involving federal maritime law violations, narcotics smuggling, immigration smuggling, and violations of other Customs and Immigration laws.

3. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to arrest Harryo BEVANS, DOB 10/15/1975; Dwain BUTLER, DOB 06/18/1976; Chadwin CURRY, DOB 05/26/1974; and Mark PYFORM, DOB 03/17/1975 for attempting to import into the United States a controlled substance, marijuana, in violation of Title 21 United States Code Section 952(a) and 963.

**Facts in Support of Probable Cause**

4. On or about August 23, 2011, at approximately 10:45 p.m., a U.S Customs and Border Protection (CBP) aircraft was on patrol in the vicinity of the offshore waters of Palm Beach County, Florida. The CBP aircraft located a small center console vessel powered by twin outboard motors approximately 25 nautical miles (nm) east of Palm Beach County, Florida, and outside the

territorial waters of the United States. The vessel was operating without navigational lights and travelling in a westerly direction, toward Palm Beach County, Florida, at approximately 20 knots. Based on the fact that the vessel was operating without required navigation lights and headed toward south Florida, the vessel was deemed a target of interest (TOI) by the CBP aircrew.

5. A CBP interceptor vessel was dispatched from Boynton Beach Inlet, Florida, to make contact with the TOI. Upon departure, the CBP vessel received information from the CBP aircraft that the TOI was in position N26* 32', W079* 59', approximately 3 nm east of Boynton Beach Inlet.

6. The CBP vessel headed toward the TOI based on the CBP aircraft's information. The CBP vessel identified one contact, the TOI, on radar, dead in the water, about 200 yards east of the Manalapan, Florida, shoreline, just north of the Boynton Beach Inlet. The TOI was not displaying navigation lights. As the CBP Vessel approached the TOI, the TOI began to travel north. When the CBP vessel closed within about 200 yards of the TOI, the crew of the CBP vessel visually observed the TOI make a quick turn to the east and head offshore. The crew could see the wake and spray of the TOI and the CBP vessel energized the vessels emergency blue law enforcement lights and siren and began to pursue the TOI at a high rate of speed. The TOI did not stop. The crew of the CBP vessel observed the three crewmembers of the TOI jettison large objects overboard and into the water while the captain/driver of the TOI made some evasive maneuvers in an apparent attempt to flee the scene. The CBP vessel fired one warning round across the TOI's bow and the TOI came to a stop. According to the CBP crew, the total time from detection of the TOI to interdiction and stop of the TOI was less than five minutes.

7. At approximately 11:45 p.m, the CBP crew boarded the TOI in position N26* 33', W080* 01', approximately one (1) nm east of the shoreline of Palm Beach County, Florida. The defendants were encountered on board the TOI, and all were detained at that time. The defendant were identified as:
    a. Harryo BEVANS, DOB 10/15/1975, Bahamas Citizen, Captain/Master of the TOI.
    b. Dwain BUTLER, DOB 06/18/1976, Bahamas Citizen, Crewmember.
    c. Chadwin CURRY, DOB 05/26/1974, Bahamas Citizen, Crewmember.
    d. Mark PYFORM, DOB 03/17/1975, Bahamas Citizen, Crewmember.

8. The vessel was searched pursuant to customs border search authority. During the customs search, the CBP crew discovered three (3) rectangular shaped bundles wrapped in brown packing tape onboard the vessel. The contents of these bundles later field tested positive for marijuana.

9. In the vicinity of where the TOI was intercepted and observed jettisoning objects into the water, U.S. Coast Guard and Palm Beach County Sherriff's vessels conducted a search in the waters adjacent to Manalapan, Florida, for the jettisoned objects. During the search, the vessels retrieved, from the water, several large black suitcases and an additional 46 bundles wrapped in brown packing tape that later field tested positive for marijuana. Forty-three (43) of the bundles were similar in size and rectangular shape to the rectangular bundles located onboard the TOI vessel. The remaining three (3) bundles were similar to a basketball in size and shape and also wrapped in brown packing tape.

10. The 46 bundles recovered from the water located within approximately a quarter to a half mile radius of the pursuit and interdiction locations. In fact, some of the 46 bundles were recovered from the water within approximately 250 yards of the interdiction location.

11. Over the next several hours, local law enforcement officers patrolled the beaches of Manalapan, Florida, looking for additional bundles of marijuana which may have been jettisoned from the TOI vessel.

12. At approximately 5:00 a.m., a Lantana Police officer seized one black suitcase, similar in size and shape to the suitcases recovered from the water, on Manalapan beach. The suitcase contained 17 rectangular shaped bundles that were similar in size and rectangular shape to the bundles located onboard the TOI vessel and those recovered from the water. The contents of these two basketball shaped bundles tested positive for marijuana.

13. At approximately 7:30 a.m., a Manalapan Police officer seized a black suitcase, similar in size and shape to the suitcases recovered from the water, on Manalapan beach. The suitcase contained two (2) basketball shaped bundles that were similar in size and shape to the three (3) basketball bundles recovered from the water. The contents of these two basketball shaped bundles tested positive for marijuana. Furthermore, this suitcase was discovered within approximately 1 mile of the pursuit and interdiction locations. Based on the prevailing weather and ocean current conditions at the time of the interdiction until the recovery of this suitcase, your affiant believes that this suitcase was one of the several suitcases jettisoned from the TOI vessel that was interdicted earlier.

14. In total, 68 bundles of marijuana have been recovered from the TOI vessel, the water adjacent to Manalapan, Florida, and/or the shores of Manalapan, Florida. The total gross weight of the 68 bundles of marijuana is approximately 254 pounds (approximately 115 kilograms).

### Conclusion

15. Based on the forgoing you affiant maintains that probable cause exists to believe that the defendants, Harryo BEVANS, Dwain BUTLER, Chadwin CURRY, and Mark PYFORM, did knowingly and intentionally attempt to import into the United States, from a place outside thereof, a controlled substance, namely marijuana, in violation of Title 21 United States Code Section 952(a) and 963.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Special Agent Hector J. Delgado
U.S. Homeland Security Investigations

Subscribed and sworn to before me
this 25 day of August, 2011.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-8330-LRJ

UNITED STATES OF AMERICA

vs.

HARRYO BEVANS,
DWAIN BUTLER,
CHADWIN CURRY, and
MARK PYFORM,

          Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
Kimberly Abel
Assistant United States Attorney
Florida Bar No. 0134015
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
TEL: (561) 820-8711
FAX: (561) 805-9846